**No. 10M39. Keith Dunkley, Petitioner v. Mellon Investor Services, et al.**

562 U.S. 979, 131 S. Ct. 442, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8302.

October 18, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M40. Henry Zambrano Rodriguez, Petitioner v. United States.**

562 U.S. 979, 131 S. Ct. 442, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8256.

October 18, 2010. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 10M41. Winston G. Morrison, Petitioner v. United States.**

562 U.S. 979, 131 S. Ct. 442, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8143.

October 18, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time is denied.

**No. 08-1314. Delbert Williamson, et al., Petitioners v. Mazda Motor of America, Inc., et al.**

562 U.S. 979, 131 S. Ct. 442, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8322.

October 18, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 08-1438. Harvey Leroy Sossamon, III, Petitioner v. Texas, et al.**

562 U.S. 980, 131 S. Ct. 442, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8137.

October 18, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-5898. Yolanda Parker, Petitioner v. Nancy Potter.**

562 U.S. 980, 131 S. Ct. 443, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8175.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 8, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.